# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>1627 North Shore Road<br>1st Floor, Rear<br>Revere, Massachusetts | )<br>)<br>) Case No. ~~2010-m-0496-RBC~~<br>) 2011 mj 1002 RBC<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of Massachusetts
*(identify the person or describe the property to be searched and give its location)*:
Please See Attachment A, incorporated herein.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Please see Attachment B, incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before January 26, 2011
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Robert B. Collings_____.
(name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 01/25/2011 at 6:52 pm    _____
                                                Judge's signature

City and state: Boston, Massachusetts     Robert B. Collings, United States Magistrate Judge
                                          *Printed name and title*

## Attachment A

The property to be searched is located in the rear of the building at 1627 North Shore Road in Revere, Massachusetts. 1627 North Shore Road is a tan-sided, two-and-a-half story building with white trim. There is a covered porch in front of the building. The front door is white with the number "1627" displayed vertically on the trim of the door. According to utility records, the building is listed as a two-family residence. The specific area to be searched is located on the 1st floor, in the rear of the building. This area is accessed by a glass door on the left side of the building, adjacent to the driveway. The area to be searched is located immediately to the left upon entering the building through the glass door. A photograph of the building located at 1627 North Shore Road, Revere, Massachusetts is attached as <u>Exhibit 1</u> to the Affidavit of Special Agent Christian Brackett submitted in support of the Application for a Search Warrant.

## Attachment B

The property to be searched is believed to conceal:

(a) controlled substances, such as cocaine;

(b) paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, such as scales, presses, funnels, sifters, grinders, cutting agents, plastic bags, and heat-sealing devices;

(c) books, records, receipts, notes, ledgers, and other papers relating to the distribution of controlled substances;

(d) personal books and papers reflecting names, addresses, telephone numbers, and other contact or identification data relating to the distribution of controlled substances;

(e) serialized U.S. Currency from DEA-controlled purchases of cocaine, cash, currency, and records relating to controlled substances income and expenditures of money and wealth, such as money orders, wire transfers, cashier's checks and receipts, bank statements, passbooks, checkbooks, and check registers, safety deposit keys, as well as precious metals such as gold and silver, and precious gems such as diamonds;

(f) documents indicating the true identity of ZAPATA, including birth certificates, passports and visas; and

(g) the telephones and telephone bills for the telephones used in the distribution of cocaine.

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: 1-25-2011 / 7:15 pm | Copy of warrant and inventory left with: In bedroom of Residence |
| Inventory made in the presence of: SA Christian Brackett |||
| Inventory of the property taken and name of any person(s) seized: <br><br> See Attached Sheet |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2-9-2011

_____
Executing officer's signature

SA Christian Brackett
Printed name and title

## Items seized from 1627 North Shore Road, Revere, MA

Kilogram sized brick of suspected cocaine wrapped in brown tape

Plastic bag containing suspected cocaine

Plastic bag containing a suspected cutting agent

Social security card under name Luis Fernando ZAPATA SS#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

Resident alien card under name Luis Fernando ZAPATA #A095642102

1 Colombian ID under the name Luis Fernando ZAPATA

1 Massachusetts General Hospital card under the name Luis ZAPATA

1 white Salter digital scale

2 boxes of plastic bags

2 cellular telephones

1 calculator

Paper with numbers that appears to be amounts owed or collected

Mail addressed to the name Genever HOLGUIN

Passport photograph of Luis ZAPATA

A title to a 2000 Audi A4 under the name Genever HOULIGIN

Certified Colombian document with the name Jose David GARCIA ALZATE

Colombian ID card under the name Geniver ALZATE HOLGUIN

Cards with phone numbers

Receipt from Best Buy showing $1,000 cash purchase

2 cellular telephones, (857) 615-5423 and unknown number

Set of keys which include keys for doors at 1627 North Shore Road, 1st Floor Rear apartment, Revere, MA