UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF THE SEARCH OF        )
1627 NORTH SHORE ROAD, FIRST FLOOR,   )   Docket No. 2011-MJ-1002-RBC
REAR REVERE, MASSACHUSETTS            )
                                      )       FILED UNDER SEAL
                                      )

## MOTION TO UNSEAL SEARCH WARRANT

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves this Court to direct that the all materials in this matter relating to the search warrant issued on January 25, 2010, Docket No. 2011-MJ-1002-RBC, including the application and affidavit in support thereof, be unsealed. In support of this motion, the government states that the defendant was arrested on January 25, 2011, and that, accordingly, there is no further reason to prevent disclosure of these materials. Further, the government intends to produce the search warrant, related application, and affidavit in support thereof in a pending criminal case.

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By: /s/ David J. D'Addio
David J. D'Addio
Assistant U.S. Attorney

Date: March 16, 2011

ALLOWED
So Ordered
[signature]
MAR 16 2011